# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gina Beall,<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>United Collection Bureau, Inc., *et al.*,<br><br>　　　　　　Defendant | Docket No. 3:22-cv-01204-MEM<br><br>(Judge Malachy E. Mannion<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| *s/ Brett M. Freeman* | *s/ Peter G. Siachos (with consent)* |
|---|---|
| Brett M. Freeman | Peter G. Siachos |
| Bar Number PA 308834 | Bar Number PA 318250 |
| FREEMAN LAW | Gordon Rees Scully Mansukhani |
| Attorney for Plaintiff | Attorney for Defendant |
| 210 Montage Mountain Road | 18 Columbia Turnpike, Suite 220 |
| Moosic, PA 18507 | Florham Park, NJ, 07932 |
| P: (570) 589-0010 | P: (215) 561-2300 |
| F: (570) 456-5955 | psiachos@grsm.com |
| brett@freeman.law | |