IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gina Beall,<br><br>    Plaintiff<br><br>v.<br><br>United Collection Bureau, Inc., *et al.*,<br><br>    Defendant | Docket No. 3:22-cv-01204-MEM<br><br>(Judge Malachy E. Mannion)<br><br>ELECTRONICALLY FILED |

## **ORDER**

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date:_____        _____

                      Malachy E. Mannion
                      United States District Judge